IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DESHAWN THOMAS WHITED, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-11 (LAG-TQL) |
| | * |
| OFFICER GAINES, et al., | |
| | * |
| Defendants. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated July 17, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk